# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCUS PEREZ,**  *Plaintiff*  v.  **JEROME J. TERESINSKI, ESQUIRE,**  *Defendant.* | Case No. 2:21-cv-05020-JDW |

## ORDER

**AND NOW**, this 22nd day of April, 2022, upon consideration of Defendant Jerome J. Teresinski's Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (ECF No. 8), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum. All claims against Jerome J. Teresinski are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6). The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.